IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETC NORTHEAST PIPELINE, LLC ) | Case No. 2:19-cv-00662-NBF |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| EM ENERGY PENNSYLVANIA, LLC ) | |
| ) | |
| Defendant and Counterclaim Plaintiff. ) | |
| ) | |

**ORDER OF COURT**

AND NOW, this  21st  day of  June , 2019, upon consideration of the Joint Motion to Transfer Venue to the Delaware District Court, it is hereby ORDERED that the present case be transferred to the District of Delaware, for referral to the United States Bankruptcy Court for the District of Delaware, pursuant to 28 U.S.C. §§ 1404, 1412, *forthwith*.

_____
Senior U.S. District Judge