IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETC NORTHEAST PIPELINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-1159-CFC |
| | ) |
| EM ENERGY PENNSYLVANIA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 28th day of June, 2019, the above-captioned case having been transferred to this court from the Western District of Pennsylvania for referral to the United State Bankruptcy Court for the District of Delaware;

IT IS ORDERED that the above-captioned case is referred to the United States Bankruptcy Court for the District of Delaware.

_____
United States District Judge